# EXHIBIT A

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CASE NO. 3:20-cv-418


JONAH ALBERT                                    PLAINTIFF

V.              DEPOSITION FOR THE PLAINTIFF

UNKNOWN INDIVIDUAL LOUISVILLE
METRO POLICE OFFICERS, ET AL.                   DEFENDANTS




                * * *   * * *   * * *


DEPONENT:           EMILY A. MCKINLEY

DATE TAKEN:         NOVEMBER 9, 2023

REPORTER:           LARRY A. SMITH


                * * *   * * *   * * *






                MIGLIORE & ASSOCIATES
         COURT REPORTERS AND VIDEO SERVICES
                3704 WOODED SPRINGS COURT
              LOUISVILLE, KENTUCKY 40245
        (502) 241-7557   FAX:  (502) 241-7587
          EMAIL:  INFO@MIGLIOREASSOCIATES.COM


                                        EXHIBIT A

1 just a briefing of what is occurring.  So he read

2 that, what's occurred today, what is currently going

3 on right now.

4          We were paired up -- or not paired up -- but

5 put into groups of officers.  So you had sergeants,

6 lieutenants, majors.  I was a major at the time.  So I

7 maybe was assigned two or three lieutenants.

8          Each lieutenant may have been assigned two or

9 three sergeants.  Each sergeant may have had, you

10 know, four to five officers that they would supervise.

11 And then -- so I was the major over a group of

12 officers and sergeants and lieutenants.

13     Q.    Okay.  So on that day, what was the group you

14 was assigned to?

15     A.    I don't -- there was not a title of the

16 group.  I don't remember whom was a part of that

17 group.  It was not people that we normally work with

18 on a daily basis.  Some of them I may have never

19 worked with.  I don't remember who was a part of that

20 group.

21     Q.    And were they all LMPD police officers?

22     A.    Yes.

23     Q.    Now you said within this group there would be

24 a major, right?

25     A.    Yes.

1  the Edison Building and just waited.  And we were the

2  backup for if there was -- if there was an extra

3  response needed anywhere within the city, we would be

4  able to respond to that and assist.

5       The special response team, which is generally

6  our team that is trying to respond to civil

7  disturbances, manage large crowds, they were the

8  primary -- they had the primary responsibility of

9  handling that.  And if they needed assistance, we were

10 the ones that might go assist them.  Generally for

11 most of the day we stayed at the Edison Center.

12      Q.   On that particular day, were you -- were you

13 and your group summoned out of the center?

14      A.   Yes.

15      Q.   Where were you-all summoned to?

16      A.   To assist in clearing the crowd near

17 Jefferson Square Park.

18      Q.   And when you say Jefferson Square Park, where

19 is that located?

20      A.   It's located near the intersection of 6th and

21 Jefferson Street.

22      Q.   And what time of day were you and your group

23 summoned?

24      A.   It was in the evening.  I don't remember the

25 exact time.

1    Q.   Why were you-all summoned?

2    A.   There was an unlawful crowd that the special

3  response team had asked for assistance in clearing the

4  crowd.

5    Q.   I may have over-skipped something.  So you

6  and your group were waiting at the center, correct?

7    A.   Uh-huh.

8    Q.   And you-all got a call?

9    A.   We were listening to the radio.  I don't

10  remember how it came over the radio.  But it was

11  something -- some sort of request over the radio.

12    Q.   Did it specifically request you and your

13  group?

14    A.   I don't remember what it specifically said.

15    Q.   How would your group be requested?

16    A.   There could be multiple ways that it could be

17  requested, a group could be requested.  They could

18  request you specifically by name.  They could request

19  you by your car number.  They could request, Could any

20  additional units respond to assist, and then we would

21  proactively -- could have proactively said we are

22  available and we will come.  I don't remember how that

23  transaction happened.

24    Q.   What was your group's assigned call number?

25    A.   Well, so each officer has their own call

1  you-all didn't arrive to the park, though, you-all

2  rode?

3      A.   We were -- we exited the van around 8th

4  Street and walked down Jefferson towards the park.

5      Q.   Now, when you-all exited the vehicles, did

6  any members of your group have body cameras?

7      A.   No.  Not that I knew of.

8      Q.   Was body cameras required to be worn?

9      A.   No.

10     Q.   And why not?

11     A.   Body cameras at that time were only issued to

12 certain members of the department.  The majority of

13 our patrol officers had body cameras.  So if you were

14 a police officer, you had a body camera.  If you were

15 a detective or a commanding officer, they did not have

16 body cameras.  They were not issued to us.

17         The majority of the people in the group that

18 I had were detectives who were called in to work this

19 detail.  And the same with the commanders of that

20 unit, they were generally investigative commanders for

21 detective units or investigative units.

22     Q.   Okay.  So you had no -- no one in your group

23 have body cameras, correct?

24     A.   Correct.

25     Q.   And body cameras had kind of the pale pin

1  that.

2      Q.    So when you arrived to the park, they had

3  already started clearing the park?

4      A.    The park itself was clear for the most part.

5  There may have been a few people in the park.  But the

6  crowd was out of the park.

7      Q.    So now that the park is clear, what happened

8  next?

9      A.    So the group that I was with began walking

10  southbound on 6th Street.

11      Q.    Once you begin to walk southbound on 6th

12  Street -- why did you-all decide to walk southbound on

13  6th Street?

14      A.    There was -- there was still a large crowd

15  that was disorderly, unlawful that had remained in the

16  area, and we wanted to hold an intersection so that

17  that crowd did not return to the park.

18      Q.    So when you say hold -- well, let me take you

19  back again.  I do that sometimes.

20          Prior to this deposition, what did you do to

21  prepare for this deposition?  What did you review to

22  prepare for the deposition?

23      A.    I met with my attorney.

24      Q.    You'll have to speak with your attorney, what

25  you met with him with.  I know he may seem to be

1  had been moved.

2      Q.   It had been moved.  Okay.  And you-all was

3  holding -- you and your group was holding the line.

4  Did you say holding the line?

5      A.   There was a group of officers that had a line

6  on the -- so if you look at the intersection of 6th

7  and Liberty, they had formed a line across the

8  crosswalk on 6th Street at Liberty on the north side.

9  The north crosswalk of 6th and Liberty.

10      Q.   When you say "they," who?

11      A.   The officers that were within my group.  I

12  was not on that line.  I was further back.

13      Q.   Okay.  So when they formed that line, what

14  happened next?

15      A.   So there was a crowd of people that were

16  across on the other side of Liberty Street.  And we

17  knew that the state police special response team was

18  going to come and assist in clearing that crowd,

19  dispersing that crowd.

20      Q.   And how did you know that?

21      A.   There was some sort of conversation or

22  communication via radio that state police was going

23  to -- was going to come in this intersection and

24  assist in clearing that crowd.

25      Q.   So your group of officers was holding the

1  line on the north side of 6th and -- 5th and Liberty,

2  is that what you said?

3      A.   It's 6th Street.

4      Q.   6th Street.  Is that right across from the

5  correctional --

6      A.   Yes.

7      Q.   -- correctional facility?

8      A.   Yes.

9      Q.   Okay.  So once they hold that line, you

10 testified it was a group of -- was the group of people

11 still there on the other side of the line, correct?

12     A.   Yes.

13     Q.   And how many was there?  How many group of

14 people?

15     A.   There was a lot.  Maybe 75 people or more.

16 There was a very thick group of people.

17     Q.   And these people, what were they -- were they

18 officers or just individuals?  Describe what kind of

19 people these people were.

20     A.   Just citizens.  They were not officers.

21     Q.   And what were these citizens doing?

22     A.   Well, they were shouting, yelling.  There

23 were some that were throwing bottles of water.

24          There was information that we had received

25 that there was a suspicion that this crowd, someone in

1  what to do next?

2     A.   So Lieutenant Colonel Josh Judah, he was my

3  boss, and he was running the ground operations, so I

4  did discuss with him.  I don't remember when at that

5  point, that day when we were down there, if he was at

6  the park down there discussing what was going to

7  happen.

8     Q.   And then what was the next decision?

9     A.   So the Kentucky State Police special response

10  team was going to come to that location and disperse

11  that crowd.

12     Q.   They was going to come.  Did they ever come?

13     A.   Yes.

14     Q.   Between the time in which they was supposed

15  to come and the point when they did arrive, what did

16  you observe then?

17     A.   You mean the time they were supposed to come?

18     Q.   Yes.  You said that --

19     A.   When there was -- go ahead.

20     Q.   No.  You said they were supposed to be

21  coming, the Kentucky State Police?

22     A.   Okay.

23     Q.   From that time when they was supposed to be

24  coming to the point -- do they ever arrive?

25     A.   Yes.

1    Q.    To the point when they arrived, what did you
2  observe these 75 people doing at that time?
3    A.    Just continuing the behavior that I've
4  described before.  Just yelling.  Just stood there and
5  waited.  We knew that the state police was going to
6  come and assist in dispersing that crowd.
7    Q.    Did the crowd ever -- did it remain 75 during
8  that period of time, around that 75 people?
9    A.    I don't remember if people may have peeled
10 off.  I do not remember.
11   Q.    Do you have any recollection if more people
12 came?
13   A.    I don't remember.
14   Q.    Once the Kentucky State Police arrived, what
15 happened next?
16   A.    So the Kentucky State Police arrived.  They
17 approached from the east side of Liberty and
18 approached 6th Street.  They had -- they formed a line
19 in front of the crowd in front of us.  So there was a
20 lot more state police than there were LMPD at that
21 point.  I don't remember the number.  I wouldn't know
22 the number of state police.  But they formed a line in
23 front of us and they were going to disperse the crowd.
24   Q.    When they arrived, what was the 75 people,
25 the group of the 75 people doing then?

1    A.   The same behavior.  Now once the state police

2 got in front of us, I did not -- I'm now behind

3 several rows of officers.  I could not see what was

4 occurring.

5    Q.   After they got in front of you and your

6 group, what happened next?

7    A.   There was some sort of green smoke that was

8 released by the state police to disperse the crowd.

9 And then at that point the state police began walking

10 down 6th Street.

11    Q.   How do you know the green smoke was put forth

12 by the state police, by the Kentucky State Police?

13    A.   Well, I know that no one in my group had

14 anything like that.  And they were -- the state police

15 was in the front of all of us.

16    Q.   What kind of -- what was the green smoke?

17    A.   I don't know.

18    Q.   Was it some sort -- some type of -- you don't

19 know, right?

20    A.   I don't know.

21    Q.   Don't know.

22    So the green smoke is starting -- where did

23 the green smoke occur?

24    A.   So the green smoke occurred right on the --

25 so on 6th Street just south of Liberty right in front

1  of the Corrections facility.

2      Q.    And when you say in front, is that the

3  entrance of the Corrections facility?

4      A.    There is an entrance there.

5      Q.    Why was the green smoke deployed?

6      A.    I don't know.

7      Q.    Once it was deployed, what were you and your

8  group supposed to do under LMPD's command?

9      A.    So when that was deployed, state police

10  started walking down 6th Street.  My group just moved

11  to the other side of Liberty Street and held the back

12  of the state police as they walked down 6th Street.

13  We remained at that next crosswalk.

14      Q.    When you say "they," who do you mean by

15  "they"?

16      A.    The Kentucky State Police group.

17      Q.    So the Kentucky State Police group began to

18  move south on 6th Street?

19      A.    Correct.

20      Q.    And that's when your group, you and your

21  group, just moved to the other side of the street

22  going south?

23      A.    Correct.

24      Q.    In front of the Louisville Metro Department

25  of Corrections facility?

1  landed.  Let me pause for a second.  I wasn't there.

2      A.    Right.

3      Q.    I wasn't there.  So it just came from that

4  direction?

5      A.    Correct.

6      Q.    Did it land on the street or in the grass?

7      A.    I don't know.

8      Q.    So Kentucky State Police is pushing -- I

9  should say going south on 6th Street, correct?

10     A.    Correct.

11     Q.    And then your group gives the support to the

12 back of them, correct?

13     A.    Yes.  We do not go down 6th Street.  We stay

14 at that intersection.

15     Q.    Stayed at that intersection.  Okay.  So who

16 gave the order to stay?

17     A.    Me.

18     Q.    And as you-all stayed, what happened next?

19     A.    We held that intersection.  Shortly after

20 there was a call on the radio that someone had been

21 shot.  So there was a shooting, a dispatcher had

22 advised that there was a report of a gunshot victim at

23 the corner of -- it was either 6th and Ali or 5th and

24 Ali.  I do not remember.  I knew that that was nearby.

25         I took a couple officers off of the group

1  that I had, told the rest to stay here.  And myself
2  and a group of officers were going to go tend to this
3  gunshot victim.  That's what I did next.
4      Q.    How many group of officers did you take with
5  you?
6      A.    Two or three.  Something like that.
7      Q.    So it was just -- so two or three.  So it was
8  just maybe four of you?
9      A.    At the most.  Yes.
10     Q.    So it was you and who else?
11     A.    I don't remember.
12     Q.    Was it a male or a female?
13     A.    I don't remember.
14     Q.    How many males or females were part of your
15  group?
16     A.    I really -- I don't remember.
17     Q.    When you got the call -- once you got the
18  call, what -- how did you get the call?  How did you
19  get it?
20     A.    It came over the radio.
21     Q.    Came over the radio.  And once it came over
22  the radio, what did you do after that?
23     A.    I told -- I radioed that I would respond.
24     Q.    And then after you told radio you was going
25  to respond, you gather up two or three officers?

1    A.   I can't recall.

2    Q.   And what was the response to your order?

3    A.   It was acknowledged, understood.  I don't

4  know specifically the response.

5    Q.   So you leave your group?

6    A.   Yes.

7    Q.   And your group was still at the intersection

8  of 6th and Liberty?

9    A.   Correct.

10   Q.   Okay.  And once you leave your group, what do

11 you remember your group doing?

12   A.   The group that stayed there?

13   Q.   Yes, ma'am.

14   A.   They stayed there.

15   Q.   Then after that what happened?

16   A.   I walked down 6th Street to find whomever was

17 injured that needed assistance.

18   Q.   And then what happened after that?

19   A.   So the Kentucky State Police had taken up the

20 entire street with their line of officers or troopers.

21 I was met at that line, or I ran into that line at

22 Cedar Street.  That's where -- around that area where

23 they had stopped.

24        I told them that there's a shooting victim

25 and we need to help.  We need to push.  We need to get

1    A.    And I did tell him that there was a shooting
2  victim.
3    Q.    When you get right up to that line you spoke
4  to the commissioner?
5    A.    Yes.
6    Q.    When you left your group behind, did you take
7  anyone with you to go speak to the commissioner?
8    A.    Well, the officers that I had talked about
9  that I had taken with me to help this victim, they
10 were around me when I was trying to get through.
11   Q.    So it was about three or four -- so you took
12 three or four LMPD officers to where you went to this
13 line that was on 6th and Cedar, correct?
14   A.    It was around 6th and Cedar.  I don't -- I
15 can't remember if it was before Cedar or after Cedar.
16 Somewhere around that area.
17   Q.    Would the Department of Corrections be on
18 your right or your left?
19   A.    The Department of Corrections would have been
20 on my right.
21   Q.    So once you communicated that your team and
22 them, speaking of Kentucky State Police, need to push
23 forward to help this shooting victim -- correct?
24   A.    Yes.
25   Q.    -- what did the commissioner say?

1    A.   Do I remember the specific words?  It was

2  communicated to me that they were -- the Kentucky

3  State Police were concerned about the parking garage,

4  their safety in passing the parking garage on the

5  left.  And that they were attempting to clear

6  something that they -- some sort of threat that they

7  felt was coming from the parking garage before they

8  advanced past this parking garage.

9    Q.   Was the commissioner a male or a female?

10   A.   It was a male.

11   Q.   Was he African-American?

12   A.   No.

13   Q.   Caucasian?

14   A.   Caucasian.

15   Q.   Around what age?

16   A.   50s, 40s.

17       MR. PAUL:  She knows his name, if you just

18  want to get there.

19   Q.   Man, he ain't had no deposition with me

20  before, see.  What he don't know why he wants to -- I

21  respect officers.  Okay.  Because there's sad stuff on

22  both sides.  But at the end of the day --

23       MR. WIMBERLY:  Can we go off the record for a

24  second.

25           (A brief discussion was held off the record

1    A.    Right.

2    Q.    I got that right.

3    A.    Okay.

4    Q.    So at what point of the line -- what area I

5  should say, did you approach the commissioner?

6    A.    It was in the center, towards the center of

7  the road, center of 6th Street.  It was in that area.

8    Q.    Now, you're at the center of the road and

9  you're getting resistance from the commissioner,

10  correct?

11    A.    Uh-huh.

12    Q.    What happens next?

13    A.    I continued to vocalize that we need to push,

14  that there's someone that's injured.  I knew there was

15  a gunshot victim.  There's some sort of shooting.  I'm

16  repeating myself that we need to push, we need to go.

17        Eventually they clear whatever that they were

18  waiting for and we start to move and the line starts

19  to now break up and separate.

20    Q.    It broke up?

21    A.    Well, we start moving down 6th Street and as

22  we're moving, it's getting less dense, if that makes

23  sense.

24    Q.    What was his demeanor when you told him in a

25  firm way, "We need to move to get to this victim of

1  I'm learning something here because he's over the

2  Kentucky State Police, we will call that in my world

3  of law bigwigs.  But he was professional, correct?

4      A.   He was.

5      Q.   So the garage is cleared?

6      A.   Yes.

7      Q.   Okay.  Then you-all start moving forward?

8      A.   Correct.

9      Q.   What happened next?

10     A.   We move forward as we continue south on 6th

11 Street.  We reach the intersection of Ali.  So now

12 we're at 6th and Ali.  The entire time I'm looking

13 around trying to find this shooting victim, someone

14 who's been shot.  I'm looking for someone to flag me

15 down.

16         I'm not receiving any sort of indication of

17 anyone who looks injured.  No one is flagging me down.

18 I look around, try to assess; I looked down a block,

19 up a block.  Not seeing anything.  I asked the radio.

20 "I'm on-scene.  Can you try to call back to the

21 victim?  I'm not locating anyone."  And whether it was

22 the victim that called, I'm not sure, but whomever

23 called, "Can you try to call back?"

24         So that's what happened when I got to the

25 end.  There was something, some way that was

1    Q.    So once you-all pass -- did your line that
2  was in front of Corrections, did they remain there,
3  your line, that you told to stay put?
4    A.    Yes.
5    Q.    And so you and the three other officers along
6  with KSP continued to move forward until you-all got
7  to Muhammad Ali, correct?
8    A.    Yes.
9    Q.    And then once you-all got to Muhammad Ali,
10  you found out that there was no victim there, correct?
11    A.    Right.  We did not find a victim.
12    Q.    After you concluded there was no victim, what
13  happened next?
14    A.    Walked back -- well, I asked for the call
15  back.  It was either relayed that they didn't answer
16  or they had self-transported or left on their own.  I
17  don't remember the result of that.  I walked back to
18  my group and we left.
19    Q.    Where did you-all go after that?
20    A.    I don't remember.  We left the area
21  completely in a van.
22    Q.    Would the van be where you-all got dropped
23  off?
24    A.    We may have called the van to pick us up
25  closer to the 6th and Jefferson area now that that

1  area was -- there wasn't a crowd there.  It was pretty
2  clear.  So you could easily drive there and pick us
3  up.  And I believe that's where we got picked up,
4  around that area.  So we didn't walk all the way back
5  to 8th Street where we were dropped off.
6      Q.    And so once you-all got picked up, where do
7  you-all -- where did you-all go then?
8      A.    I don't remember.  We could have gone back to
9  the Edison Building.  But I really do not remember.
10     Q.    Do you remember going back to the Edison
11 Building?
12     A.    Yes.
13     Q.    So when you go back to the Edison Building,
14 what are the required procedures then?
15     A.    So what do you mean?
16     Q.    Just when you go back, I'm assuming -- I
17 shouldn't have done that.
18         So when you returned back to the center, what
19 happened next?
20     A.    I don't remember what occurred back at the
21 Edison Center.  At some point we all went home for the
22 evening.
23     Q.    Where I'm going with this is, you get back to
24 the center.  Do you have to report what you did or
25 what happened that day?

1      A.    No.   You know, so there is a process to

2   report things if you used force or anything like that.

3   There was no reporting that was necessary at that

4   point.   And they -- I can't remember if we did this --

5   where we checked in and out, so they had a list of

6   names for accountability to just mark that you have

7   returned.   So that you would check in and out with

8   your name.   I don't remember who was doing that.   It

9   was not me.   But there was some other staff that would

10  have been there that would were handling that sort of

11  thing as far as accountability and who's returned.

12      Q.    So when they return, is it a process where

13  you check the weapons?

14      A.    I was not over the issuance of the weapons.

15  I don't know how that was handled.

16      Q.    So if someone shoots or uses their weapon, do

17  LMPD officers have to report it?

18      A.    Yes.

19      Q.    Okay.   And explain to me that procedure.

20      A.    So if you use force, not just here or

21  anywhere, any officer use force, typically the

22  sergeant would respond; the sergeant would investigate

23  that use of force; collect the evidence, conduct

24  interviews, take photographs.

25           They would document that on a system that we

1  north -- what do you mean, north or south?

2      Q.    Meaning are they on the north side?

3      A.    They are on the north side of Liberty and 6th

4  Street.

5      Q.    Okay.  Do you recognize any of these

6  individuals?

7      A.    No.

8      Q.    Do you recognize what these individuals are

9  wearing?

10     A.    They are wearing LMPD gear.  Many of them

11 have, I guess, knee guards on.  There's helmets.  It

12 looks like LMPD-issued gear.

13     Q.    What about that tall gentleman from the --

14 we've got the picture from the right to the left

15 standing.  What about -- what is that that he has in

16 his arm?  Do you recognize that?

17     A.    Which one are you talking about?

18     Q.    From the right, if I'm starting from the

19 right --

20     A.    Okay.

21     Q.    -- to the left, the first individual being

22 depicted, his full body being depicted facing south

23 6th Street.

24     A.    It looks like a less-lethal shotgun.

25     Q.    And what kind of ammo is projected from that

1  less-lethal shotgun?

2      A.    It's like a bean bag round that is shot from

3  that.

4      Q.    What is that -- what is that less-lethal

5  shotgun, what's the name of it?

6      A.    A less-lethal shotgun.

7      Q.    Don't know a model?

8      A.    The model of the less-lethal shotgun, it's a

9  Remington 870 which is the same model as our shotguns

10 that we would be issued.

11     Q.    When you say "our," who's "our"?

12     A.    That LMPD would issue.

13     Q.    What I'm getting ready to show you, your

14 attorney and you, is another photo depicting what

15 appears to be LMPD officers.  I'm going to talk to you

16 a little bit about this one too.  If I can get ahold

17 of it.  I'm going to be labeling this Exhibit 2.

18         (Plaintiff's Exhibit No. 2 was marked for

19 identification.)

20 BY MR. WIMBERLY:

21     Q.    Do you recognize what's being shown in this

22 photo?

23     A.    It looks like it's very similar to the

24 previous photo as far as location.  And what the

25 content of the photo is appears to be similar.

1 STATE OF KENTUCKY  )
                       )  SS:
2 COUNTY OF JEFFERSON )

3        I, Larry A. Smith, a notary public for the
4 State at Large, do hereby certify that the foregoing
5 deposition of

6                    EMILY ANN MCKINLEY

7 was taken before me at the time and place and for the
8 purpose in the caption stated; that the witness was
9 first duly sworn to tell the truth, the whole truth
10 and nothing but the truth; that the deposition was
11 reduced to shorthand writing by me in the presence of
12 the witness; that the foregoing is a full, true and
13 correct transcript of said deposition so given; that
14 there was a request that the witness read and sign
15 the deposition; that the appearances were as stated in
16 the caption.

17        I further certify that I am neither of
18 counsel nor of kin to the parties to this action, and
19 am in no way interested in the outcome of said action.
20

21 Witness my signature this 16th day of November 2023.

22 My commission expires the 7th day of February 2027.

23

24                         Larry A. Smith, Notary Public
                            Commission No. KYNP64386

25