# EXHIBIT 2

```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF KENTUCKY
                     AT LOUISVILLE
                 CASE NO. 3:20-cv-418
```

JONAH ALBERT                                            PLAINTIFF

V.              DEPOSITION FOR THE PLAINTIFF

UNKNOWN INDIVIDUAL LOUISVILLE
METRO POLICE OFFICERS, ET AL.                          DEFENDANTS

                    * * *    * * *    * * *

DEPONENT:          STEVEN M. CONRAD

DATE TAKEN:        NOVEMBER 13, 2023

REPORTER:          LARRY A. SMITH

                    * * *    * * *    * * *

```
                    MIGLIORE & ASSOCIATES
             COURT REPORTERS AND VIDEO SERVICES
                  3704 WOODED SPRINGS COURT
                  LOUISVILLE, KENTUCKY 40245
            (502) 241-7557   FAX: (502) 241-7587
              EMAIL: INFO@MIGLIOREASSOCIATES.COM
```

```
 1      A.   Yes, sir.
 2      Q.   Within LMPD at that time, who is -- is anyone
 3  responsible of being aware of what media coverage are
 4  alleging that involves Louisville Metro Police
 5  Department?
 6           MR. PAUL:  Object to form.
 7      A.   I don't know.
 8      Q.   When did you come aware of the only report
 9  that you just testified to in which an LMPD officer
10  was involved in an excessive force against a
11  protester?
12      A.   Someone in the Emergency Operations Center
13  made me aware of it.  I couldn't tell you who.  I
14  wouldn't have known it otherwise.  Someone told me,
15  but I couldn't -- I have no idea who it was.
16      Q.   What day did that occur?
17      A.   I don't know that, sir.
18      Q.   Once that information was brought to you,
19  what did you do next concerning that information?
20           MR. PAUL:  Object to form.
21      A.   I didn't take any actions.
22      Q.   So I want to make sure I have this correct.
23  Once you was informed of this LMPD officer being
24  alleged to have used excessive force against a
25  protester -- a reporter, from that point you didn't
```

```
 1  take any action, correct?
 2       A.   That's correct.  There were a number of
 3  things that were going on.  And the ability to
 4  generate investigations into the use of force, or
 5  alleged improper use of force, would have been
 6  initiated but not right at that moment.
 7       Q.   And what type of investigation or procedure
 8  would have been initiated?
 9       A.   Okay.  Again, nothing was initiated by me.
10  The normal process would have been some sort of
11  documentation that provided me with information which
12  would cause me then to order an internal affairs, or a
13  professional standards, which was our internal affairs
14  process, to do an investigation.
15            If the matter was criminal, our public
16  integrity unit would do the investigation first.  Then
17  our professional standards unit after that criminal
18  investigation was completed would be responsible for
19  doing an internal affairs -- or an internal
20  investigation to determine whether or not that
21  employee should be disciplined for their actions.
22       Q.   Was that employee disciplined for their
23  actions?
24       A.   Sir, I was -- I have no idea.  I was gone on
25  June the 1st.
```

65

```
 1  STATE OF KENTUCKY    )
                         )   SS:
 2  COUNTY OF JEFFERSON  )

 3          I, Larry A. Smith, a notary public for the
 4  State at Large, do hereby certify that the foregoing
 5  deposition of
 6                  STEVEN M. CONRAD
 7  was taken before me at the time and place and for the
 8  purpose in the caption stated; that the witness was
 9  first duly sworn to tell the truth, the whole truth
10  and nothing but the truth; that the deposition was
11  reduced to shorthand writing by me in the presence of
12  the witness; that the foregoing is a full, true and
13  correct transcript of said deposition so given; that
14  there was a request that the witness read and sign
15  the deposition; that the appearances were as stated in
16  the caption.
17          I further certify that I am neither of
18  counsel nor of kin to the parties to this action, and
19  am in no way interested in the outcome of said action.
20
21  Witness my signature this 16th day of November 2023.
22  My commission expires the 7th day of February 2027.
23                          _____
24                          Larry A. Smith   Notary Public
                            Commission No. KYNP64386
25
```